DISCIPLINARY COUNSEL *v.* JACOBS.

[Cite as *Disciplinary Counsel v. Jacobs,* ___ Ohio St.3d ___, 2015-Ohio-80.]

(No. 2013-1230—Submitted January 8, 2015—Decided January 13, 2015.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Leslie William Jacobs, Attorney Registration No. 0020387, last known address in Gates Mills, Ohio.

{¶ 2} The court coming now to consider its order of May 27, 2014, wherein the court, pursuant to former Gov.Bar R. V(6)(B)(3), suspended respondent for a period of two years with credit for time served under an April 3, 2012 interim suspension, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____